**Chester Lee MCDOWELL, Sr.,
Plaintiff—Appellant,**

v.

**INTERNAL REVENUE SERVICE;
Charles Barrett, IRS Agent,
Defendants—Appellees.**

No. 07–1301.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 27, 2007.

Chester Lee McDowell, Sr., Appellant Pro Se. Joan Iris Oppenheimer, Patricia McDonald Bowman, United States Department of Justice, Washington D.C., for Appellees.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chester Lee McDowell, Sr. appeals the district court's order granting defendants' motions to dismiss and dismissing his complaint for lack of jurisdiction and for failure to state a claim upon which relief may be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McDowell v. Internal Revenue Service,* No. 2:06–CV–00022–FL, 2007 WL 1703517 (E.D.N.C. Mar. 26, 2007). We also deny the Government's motion for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*